IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION, AT GREENVILLE

| | |
|---|---|
| LENA C. WILLETT | ) |
| | ) |
| Plaintiff, | ) No. 2:08-cv-00194 |
| | ) JURY TRIAL DEMANDED |
| vs. | ) |
| | ) |
| CAPITAL MANAGEMENT SERVICES, LP and JOHN DOE | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this lawsuit hereby stipulate that it is dismissed with prejudice, with each party to bear its own costs.

This 4th day of November, 2008.

Respectfully submitted,

s/Alan C. Lee
ALAN C. LEE (BPR 012700)
P.O. Box 1357
Morristown, TN 37816-1357
Telephone: (423) 581-0924
Facsimile: (423) 581-9936
Email: info@alanlee.com
*Counsel for Plaintiff*

s/Chad D. Graddy
CHAD GRADDY (BPR 023196)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Ave., Suite 2000
Memphis, TN 38103
Telephone: (901) 577-8158
Fax: (901) 577-0882
Email: cgraddy@bakerdonelson.com

*Counsel for Defendant*
*Capital Management Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of November, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

 s/ Chad D. Graddy

2

M CDG 1118360 v1
2911943-000001 10/31/2008
Case 2:08-cv-00194-HSM-DHI   Document 12   Filed 11/04/08   Page 2 of 2   PageID #: 45